## First Department, March, 1937.
### (March 2, 1937.)

In the Matter of Alfonso Bivona, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of Herman Turkel, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of Sidney Lash (Also Known as Sidney R. Lash), an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

In the Matter of Max Schecht.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of John B. Coppola, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ

### (March 3, 1937.)

Thomas J. Foley, as President of Local Union No. 125 of International Union of Operating Engineers, Respondent, v. John Moriarity and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Thomas J. Foley, as President of Local Union No. 125 of International Union of Operating Engineers, Respondent, v. John Moriarity and Others, Appellants.— Order unanimously affirmed. The case will appear on the day calendar on March 8, 1937, and the questions herein presented can there be finally determined on the merits. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

### (March 5, 1937.)

George H. Burr and Others, Respondents, v. Chase National Bank of the City of New York, Appellant, Respondent, and Federal Reserve Bank of New York, Impleaded Defendant, Appellant. Fidelity and Deposit Company of Maryland, Respondent, v. Chase National Bank of the City of New York, Appellant, Respondent, and Federal Reserve Bank of New York and The Westfield Trust Company, Impleaded Defendants, Appellants.— Judgments unanimously affirmed, with costs to the plaintiffs against the defendant Chase National Bank of the City of New York. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

Olga Coopersmith (Formerly Known as Olga Feinstein), as Administratrix, etc., of Herman Feinstein, Deceased, Appellant, v. American Surety Company of New York and The Franklin Savings Bank, Respondents. — Judgment and order unanimously affirmed, with costs. No opinion. Present—Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

The People of the State of New York, Respondent, v. Barney Levine, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.